1  John W. Shaw [State Bar No. 82802]
   SHAW, TERHAR & LaMONTAGNE, LLP
2  707 Wilshire Boulevard, Suite 3060
   Los Angeles, California 90017
3  Telephone: (213) 614-0400
   Facsimile: (213) 629-4534
4
5  Attorneys for Defendant
   COSTCO WHOLESALE CORPORATION,
6  HOMEDICS-U.S.A., INC. (erroneously sued and
   served herein as "U.S.A.-HoMEDICS, INC.") and
7  TAYLOR PRECISION PRODUCTS, INC.

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA DRAKE, | Case No. C 06 04682 JW |
| Plaintiff, | **STIPULATION TO CONTINUE PRETRIAL CONFERENCE DATE AND ALL RELATED DATES AND DEADLINES; [PROPOSED] ORDER** |
| vs. | |
| COSTCO WHOLESALE CORPORATION, U.S.A.-HoMEDICS, INC., TAYLOR PRECISION PRODUCTS, INC., and DOES 1 through 100, inclusive, | Complaint Filed: June 27, 2006 |
| Defendant. | |

The parties, by and through their respective counsel of record, hereby stipulate to continue the pretrial conference date and related cut-off dates/deadlines as follows:

| **ISSUE:** | **ORIGINAL DATE:** | **PROPOSED DATE:** |
|---|---|---|
| Pretrial Conference: | November 19, 2007 | April 14, 2008 |

This Stipulation may be executed and submitted to the court in counterparts and a faxed copy of any and all necessary signature pages to this Stipulation may be submitted to the court in lieu of the originals.

The following good cause exists for the court to grant this Stipulation in its entirety:

LAW OFFICES
SHAW, TERHAR & LAMONTAGNE, LLP

STIPULATION TO CONTINUE PRETRIAL CONFERENCE DATE AND ALL RELATED DATES AND DEADLINES; [PROPOSED] ORDER
218701.1  0170-15624

1. Plaintiff GINA DRAKE ("MS. DRAKE") alleges that she suffered a laceration to her foot on 16 August 2005 from the use of a glass scale distributed by defendant HOMEDICS-U.S.A., INC. ("HOMEDICS") that she purchased from defendant COSTCO WHOLESALE CORPORATION, INC. ("COSTCO").

2. MS. DRAKE has sued HOMEDICS and COSTCO under the theories of product liability and negligence.

3. MS. DRAKE claims that the scale was defective in breaking into pieces that cut her foot.

4. COSTCO and HOMEDICS contend that the scale was not defective.

5. MS. DRAKE'S medical condition has recently and progressively deteriorated, such that it is presently uncertain as to the extent of her claimed injury and damages that is at issue in this case. Plaintiff is now claiming a number of worsening conditions, including severe and chronic neurological deficits and a severely compromised immune system. Her medical treatment is now aggressively treating different systemic problems, including RSD. Most recently, in the last few months, MS. DRAKE has commenced a new "experimental" type of treatment, including gamma globulin injections, in an attempt to boost her immune system. Each treatment costs $40,000.00. She receives one treatment each month. Plaintiff has identified for the first time those doctors involved in the latest treatments. Defendants have not had an opportunity to examine these records that have been subpoenaed. These treatments are scheduled for three more months, at which time her medical condition will presumably be stabilized. At that time, the extent of plaintiff's medical condition will be ready for evaluation by the parties to this litigation and the court.

6. In order to have a fair and equitable trial of all issues in this case, it will be necessary for the parties to know the extent and nature of plaintiff's medical condition and claimed injury. A brief continuance of the pre-trial hearing will

LAW OFFICES
SHAW, TERHAR &
LAMONTAGNE, LLP

2
STIPULATION TO CONTINUE PRETRIAL CONFERENCE DATE AND ALL RELATED DATES AND DEADLINES; [PROPOSED] ORDER
218701.1  0170-15624

1  determine the extent of the injury and treatments. It would be in the interests of
2  justice to do so.

3        7.     The parties have agreed to mediate this case before private mediator
4  Justice Christopher C. Cottle (Ret.), former Presiding Justice of the California Court
5  of Appeal. Justice Cottle has dates available in January, 2008 after plaintiff has
6  completed her treatments. Justice Cottle is an expert in these types of bodily injury
7  cases. It will be necessary to have certainty as to plaintiff's medical condition in
8  order to have a meaningful mediation. It is anticipated that MS. DRAKE's medical
9  condition will have stabilized in the next three months and the case will be postured
10 to best maximize resolution efforts through mediation. The parties are guardedly
11 optimistic that the case may be voluntarily resolved if allowed to proceed to a
12 meaningful mediation.
13 / / /
14 / / /
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  8. The continuation of the above-referenced pre-trial date and related cut-off dates/deadlines will not adversely affect any of the parties to this action.

Dated: November____, 2007       RICHARD E. DAMON, PC


                                By: _____
                                    Richard E. Damon
                                    Attorneys for Plaintiff
                                    GINA DRAKE


Dated: November ___, 2007       SHAW, TERHAR & LaMONTAGNE, LLP


                                By: _____
                                    John W. Shaw
                                    Attorneys for Defendant
                                    COSTCO WHOLESALE
                                    CORPORATION, HOMEDICS-
                                    U.S.A., INC. (erroneously sued and
                                    served herein as "U.S.A.-
                                    HoMEDICS, INC.") and TAYLOR
                                    PRECISION PRODUCTS, INC.

IT IS SO ORDERED.

To accommodate the parties' efforts in resolving the case through mediation, the Court continues the Preliminary Pretrial Conference currently set for November 19, 2007 to **February 25, 2008 at 11 AM.** The parties shall complete their mediation by **January 31, 2008** and file a Joint Preliminary Pretrial Statement by **February 15, 2008.** The statement shall, *inter alia*, update the Court regarding the progress of mediation and the parties' readiness for trial.

Dated: November 7, 2007         _____
                                JAMES WARE
                                United States District Judge

4
STIPULATION TO CONTINUE PRETRIAL CONFERENCE DATE AND ALL RELATED DATES AND DEADLINES; [PROPOSED] ORDER
218701.1  0170-15624

LAW OFFICES
SHAW, TERHAR &
LAMONTAGNE, LLP