Richard E. Damon, Esq.
RICHARD E. DAMON, PC
125 Water Street, Suite D
Santa Cruz, CA 95060
(831) 429-9752
(831) 429-1905

Attorneys for Plaintiff
GINA DRAKE

John W. Shaw [State Bar No. 82802]
SHAW, TERHAR & LaMONTAGNE, LLP
707 Wilshire Boulevard, Suite 3060
Los Angeles, California 90017
Telephone: (213) 614-0400
Facsimile: (213) 629-4534

Attorneys for Defendants
COSTCO WHOLESALE CORPORATION,
HOMEDICS-U.S.A., INC. (erroneously sued and
served herein as "U.S.A.-HoMEDICS, INC.") and
TAYLOR PRECISION PRODUCTS, INC.

**GRANTED**
*Judge James Ware*
3/4/2008

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA DRAKE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COSTCO WHOLESALE CORPORATION, U.S.A.-HoMEDICS, INC., TAYLOR PRECISION PRODUCTS, INC., and DOES 1 through 100, inclusive, ,<br><br>　　　　Defendant. | Case No. C 06 04682 JW<br><br>**STIPULATION OF DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>Complaint Filed: June 27, 2006 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is

1 | DISMISSED WITHOUT PREJUDICE pursuant to Federal Rules of Civil Procedure
41(a)(1).

Dated: February _____, 2008     RICHARD E. DAMON, PC

By: _____
   Richard E. Damon, Esq.
   Attorneys for Plaintiff
   GINA DRAKE

Dated: March 3, 2008     SHAW, TERHAR & LaMONTAGNE LLP

By: /s/ John W. Shaw
   John W. Shaw, Esq.
   Attorneys for Defendant
   COSTCO WHOLESALE CORPORATION, HOMEDICS-U.S.A., INC. (erroneously sued and served herein as "U.S.A.-HoMEDICS, INC.") and TAYLOR PRECISION PRODUCTS, INC.

**IT IS SO ORDERED:**

The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: March 4, 2008     _____
   United States District Judge